PER CURIAM.
The petition for writ of certiorari is denied on the merits. See Brandon Reg’l Hosp. v. Murray, 957 So.2d 590 (Fla.2007); N. Broward Hosp. Dist. v. Kroll, 940 So.2d 1281 (Fla. 4th DCA 2006); Notami Hosp. of Fla., Inc. v. Bowen, 927 So.2d 139 (Fla. 1st DCA 2006). As in Kroll, we certify conflict with Florida Hospital Waterman, Inc. v. Buster, 932 So.2d 344 (Fla. 5th DCA 2006).
SHAHOOD, C.J., STONE and WARNER, JJ., concur.